UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Allan Cullen, Scott N. Rogers,
and Ronald Bourdon

	v.	Case No. 16-cv-537-SM

NH Department of Corrections,
Commissioner

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 3, 2017, for the reasons set forth therein. Plaintiffs' request for a preliminary injunction set forth in the complaint (Document no. 1) is hereby denied, without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Steven J. McAuliffe
United States District Court

Date: February 2, 2017

cc:    Allan Cullen, pro se
       Ronald Bourdon, pro se
       Scott Rogers, pro se