```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Allan Cullen, Ronald Bourdon,
and Scott Rodgers

                           v.       Case No. 16-cv-537-SM

New Hampshire Department of Corrections
Commissioner William Wrenn


                          O R D E R


    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 4, 2017 (document no. 15), for the reasons set forth therein.  Plaintiffs Ronald Bourdon and Scott Rodgers are hereby dismissed as plaintiffs from this action as the complaint contains no viable claims for relief as to those plaintiffs.

    "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection

to magistrate's report will waive the right to appeal).

    SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: May 31, 2017

cc:    Allan Cullen, pro se
       Ronald Bourdon, pro se
       Scott Rogers, pro se
       Francis C. Fredericks, Esq.