UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Allan Cullen, Ronald Bourdon,
and Scott Rodgers

v.                                    Case No. 16-cv-537-SM

New Hampshire Department of Corrections
Commissioner William Wrenn

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 4, 2017 (document no. 13), for the reasons set forth therein. Plaintiff Cullen's Claim identified as 1(a) (claiming that the one-tote policy has been applied at Northern NH Correctional Facility but not at the New Hampshire State Prison, is hereby dismissed.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection

to magistrate's report will waive the right to appeal).

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: May 31, 2017

cc: Allan Cullen, pro se
    Ronald Bourdon, pro se
    Scott Rogers, pro se
    Francis C. Fredericks, Esq.