UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Allan Cullen

   v.                                      Case No. 16-cv-537-SM

NH Department of Corrections
Commissioner William Wrenn

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 29, 2018 (document no. 40), for the reasons set forth therein. Defendant's Motion for Summary Judgment is hereby granted.

As the plaintiff also objected to the Order of Magistrate Judge Andrea K. Johnstone dated February 20, 2018, denying his Motion for Reconsideration of the Report and Recommendation. I am construing it as an objection under Fed. R. Civ. P. 72(a) and conclude that the Magistrate Judge's decision is neither clearly erroneous nor contrary to applicable law.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

                                              _____
                                              Steven J. McAuliffe
                                              United States Magistrate Judge

Date: March 16, 2018

cc:  Allan Cullen, pro se
     Frances C. Fredericks, Esq.